# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**HERCEL K. FOLEY**                                                                              **PLAINTIFF**

**v.**                  **CASE NO. 1:17-CV-00125 BSM**

**NANCY A. BERRYHILL, Deputy Commissioner for Operations,
performing the duties and functions not reserved
to the Commissioner of Social Security**                           **DEFENDANT**

## ORDER

United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 12] is adopted, and the Commissioner's decision is reversed and remanded with instructions to develop the record as necessary, to seek further clarification from plaintiff Hercel Foley's treating physician, and to consider Foley's residual functional capacity in light of all of his impairments.

IT IS SO ORDERED this 13th day of December 2018.

                                                              _/s/ Brian S. Miller_
                                                          **UNITED STATES DISTRICT JUDGE**